# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## PAu 3-660-935

Effective date of registration:

October 17, 2012

## Title

| | |
|---|---|
| Title of Work: | The Company You Keep |
| Nature of Work: | Motion Picture |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2012 |

## Author

| | |
|---|---|
| ■ Author: | TCYK, LLC |
| Author Created: | Producer of Motion Picture |
| Work made for hire: | Yes |
| Domiciled in: | United States |
| Anonymous: | No |
| Pseudonymous: | No |

## Copyright claimant

| | |
|---|---|
| Copyright Claimant: | TCYK, LLC |
| | 6360 Deep Dell Pl, Los Angeles, CA, 90068 |
| Transfer Statement: | By Written Agreement |

## Limitation of copyright claim

| | |
|---|---|
| Material excluded from this claim: | A Novel; A Screenplay |
| Previously registered: | No |
| Previous registration and year: | PAu 3 578-816    2011 |
| Basis of current registration: | This is a changed version of the work. |
| New material included in claim: | Added Principal Photography, Music, Effects, Etc. |

## Certification

| | |
|---|---|
| Name: | Nicholas Chartier |
| Date: | October 17, 2012 |

**Registration #:** PAU003660935
**Service Request #:** 1-847741472



TCYK, LLC
662 N. Crescent Heights Blvd
Los Angeles, CA 90048

# EXHIBIT B

| No | IP Address | GUID | P2PClient | HitDateUTC (MM/DD/YY) | FileName | FileHash | ISP | Region | City |
|----|-----------|------|-----------|----------------------|----------|----------|-----|--------|------|
| 1 | 67.173.65.82 | 2D5554333330302DB973CB21DE0418814BF9E805 | µTorrent 3.3.0 | 05/17/2013 01:24:32 AM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Comcast Cable | Illinois | Rolling Meadows |
| 2 | 68.115.24.139 | 2D415A353030302D545949646247434E58794632 | Vuze 5.0.0.0 | 05/16/2013 05:11:00 AM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Charter Communications | Illinois | Roscoe |
| 3 | 75.118.178.197 | 2D4241333330302D066D849F43B7C5EEF67983AB | -BA3300- | 05/12/2013 09:08:18 PM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | WideOpenWest | Illinois | Chicago |
| 4 | 71.57.6.151 | 4D372D382D302D2DBA733E805E0664FA08CDE863 | BitTorrent 7.8.0 | 05/12/2013 05:10:39 PM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Comcast Cable | Illinois | Downers Grove |
| 5 | 98.223.128.196 | 2D5554333330302DB973E69554EBA096ED268A2C | µTorrent 3.3.0 | 05/09/2013 11:27:46 PM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Comcast Cable | Illinois | Chicago |
| 6 | 67.173.60.34 | 2D415A343930302D645177504E437430444E7170 | Vuze 4.9.0.0 | 05/09/2013 08:19:57 PM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Comcast Cable | Illinois | Chicago |
| 7 | 24.13.166.97 | 2D5554333330302DB97303EA38B13D836A431A2D | µTorrent 3.3.0 | 05/09/2013 10:42:19 AM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Comcast Cable | Illinois | Schaumburg |
| 8 | 67.176.200.155 | 2D415A343930302D53453851716A304874754D4F | Vuze 4.9.0.0 | 05/09/2013 04:17:03 AM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Comcast Cable | Illinois | Chicago |
| 9 | 67.176.166.107 | 4D372D352D302D2D5164DCDEF3FD201682118408 | BitTorrent 7.5.0 | 05/07/2013 09:53:01 PM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Comcast Cable | Illinois | Des Plaines |
| 10 | 67.173.66.108 | 2D415A343831322D6473613877706A4A576B4552 | Vuze 4.8.1.2 | 05/07/2013 12:14:22 PM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Comcast Cable | Illinois | Buffalo Grove |
| 11 | 24.14.234.95 | 2D5554333330302DB973961FADA3D1D4162A8D99 | µTorrent 3.3.0 | 05/07/2013 10:47:03 AM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Comcast Cable | Illinois | Villa Park |
| 12 | 24.15.23.213 | 2D5554333321302DB66D89E0950F84B9625AD0EC | µTorrent 3.2.1 | 05/06/2013 03:06:24 AM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Comcast Cable | Illinois | Chicago |
| 13 | 50.141.242.146 | 2D415A343830302D7A7938434E46457871714163 | Vuze 4.8.0.0 | 05/05/2013 03:59:29 PM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Comcast Cable | Illinois | Downers Grove |
| 14 | 67.165.154.196 | 2D5554333330302D6873A8E05FCA7895145B2439 | µTorrent 3.3.0 | 05/04/2013 05:59:14 AM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Comcast Cable | Illinois | Chicago |
| 15 | 71.201.214.22 | 4D372D382D302D2D17733D263BD112F2C78F7306 | BitTorrent 7.8.0 | 05/04/2013 12:46:04 AM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Comcast Cable | Illinois | Chicago |
| 16 | 50.151.161.159 | 2D5554333133302DBF6AC0399AD92AE0AD1D257C | µTorrent 3.1.3 | 05/03/2013 03:14:10 PM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Comcast Cable | Illinois | Maywood |
| 17 | 67.174.244 | 2D5554333330302DB97313E338A218E34D8EE391 | µTorrent 3.3.0 | 05/03/2013 12:48:31 AM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Comcast Cable | Illinois | Chicago |
| 18 | 50.141.142.190 | 2D415A343930302D6268786F4573635949467A61 | Vuze 4.9.0.0 | 05/02/2013 08:32:29 PM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Comcast Cable | Illinois | Rockford |
| 19 | 98.227.200.105 | 4D372D382D302D2DBA73CA70463682A7CF1D9C57 | BitTorrent 7.8.0 | 05/02/2013 07:16:08 PM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Comcast Cable | Illinois | Palatine |
| 20 | 71.201.61.192 | 2D5554333330302D4C71EA9ED290630A7639267A | µTorrent 3.3.0 | 05/02/2013 07:18:28 AM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Comcast Cable | Illinois | Roselle |
| 21 | 68.58.60.120 | 2D415A343830302D7534323346608333667723152 | Vuze 4.8.0.0 | 05/02/2013 04:17:01 AM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Comcast Cable | Illinois | Carol Stream |
| 22 | 24.14.2.209 | 2D415A343930302D377A3147C4C423569436D57 | Vuze 4.9.0.0 | 05/02/2013 01:44:37 AM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Comcast Cable | Illinois | Clarendon Hills |
| 23 | 98.206.106.75 | 4D372D322D302D2D2454CFD3DD00D215263701A09 | BitTorrent 7.2.0 | 05/02/2013 07:45:22 PM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Comcast Cable | Illinois | Chicago Heights |
| 24 | 98.227.164.4 | 2D415A343530342D483058364A7578304F7A4F41 | Vuze 4.5.0.4 | 05/01/2013 06:30:14 PM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Comcast Cable | Illinois | Manteno |
| 25 | 67.167.221.28 | 2D5554333330302D6873FF7B1008F8FBB7654EA7 | µTorrent 3.3.0 | 05/01/2013 07:09:50 AM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Comcast Cable | Illinois | Saint Charles |
| 26 | 98.227.228.140 | 2D415A343831322D41656F566E30576E59626D55 | Vuze 4.8.1.2 | 05/01/2013 06:33:30 AM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Comcast Cable | Illinois | Berwyn |
| 27 | 24.13.210.153 | 2D415A343930302D7A57355665515766B4B744574 | Vuze 4.9.0.0 | 05/01/2013 03:27:39 AM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Comcast Cable | Illinois | Mount Prospect |
| 28 | 76.16.125.167 | 2D415A343930302D656571674C4147416C526263 | Vuze 4.9.0.0 | 05/01/2013 03:14:43 AM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Comcast Cable | Illinois | Chicago |
| 29 | 98.227.158.142 | 4D372D382D302D2D9F727A806282D64C302560CB | BitTorrent 7.8.0 | 05/01/2013 12:59:58 AM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Comcast Cable | Illinois | Chicago |
| 30 | 67.175.10.39 | 2D5554333132302D9568F9262506BF31AD92A5A1 | µTorrent 3.1.2 | 05/01/2013 12:50:13 AM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Comcast Cable | Illinois | Channahon |
| 31 | 71.194.50.110 | 2D415A343730322D453073486D56446A70624834 | Vuze 4.7.0.2 | 04/30/2013 06:19:35 PM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Comcast Cable | Illinois | Mchenry |
| 32 | 50.129.13.223 | 4D372D362D312D2D2896BAC4029D07C748628730F | BitTorrent 7.6.1 | 04/30/2013 06:14:40 PM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Comcast Cable | Illinois | Chicago |
| 33 | 68.60.236.31 | 4D372D382D302D2D6973634A63D12A393A164669 | BitTorrent 7.8.0 | 04/30/2013 04:03:17 PM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Comcast Cable | Illinois | Schaumburg |
| 34 | 98.213.194.3 | 2D5452323631302D747075356B3638746137716C | Transmission 2.61 | 04/30/2013 08:00:04 AM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Comcast Cable | Illinois | Rockford |

| # | IP | Hash | Client | Date | Work | SHA1 | ISP | State | City |
|---|-----|------|--------|------|------|------|-----|-------|------|
| 35 | 67.176.212.190 | 2D5554333330302D68733ADD3DE6572F214758B1 | µTorrent 3.3.0 | 04/30/2013 07:43:22 AM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Comcast Cable | Illinois | Chicago |
| 36 | 24.14.156.152 | 2D5554333330302D6873C21FDBEF9AB328D2B1B8 | µTorrent 3.3.0 | 04/30/2013 07:18:50 AM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Comcast Cable | Illinois | Elgin |
| 37 | 50.141.196.81 | 2D5554323230302D6B60F70A7B0ACC753609EF2E | µTorrent 2.2.0 | 04/30/2013 02:41:46 AM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Comcast Cable | Illinois | Darien |
| 38 | 71.201.194.32 | 2D5554333330302D6873AC6DAABD8BD5167A29F7 | µTorrent 3.3.0 | 04/30/2013 02:13:48 AM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Comcast Cable | Illinois | Rockford |
| 39 | 64.53.219.19 | 2D5554333233302D2170D22B8A516C7FFA90C6F9 | µTorrent 3.2.3 | 04/30/2013 01:49:42 AM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | WideOpenWest | Illinois | Schaumburg |
| 40 | 24.13.237.18 | 2D5554333330422D2571B990DD08899E4F0807D5 | µTorrent 3.3.0 (Beta) | 04/29/2013 06:26:43 AM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Comcast Cable | Illinois | Highland Park |
| 41 | 50.151.192.3 | 2D554D3136343402D776A7751B94F0F4DF4AB1692 | µTorrent Mac 1.6.4 | 04/29/2013 04:05:43 AM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Comcast Cable | Illinois | Chicago |
| 42 | 76.29.64.47 | 2D415A343530342D71314D4851744B547A73486A | Vuze 4.5.0.4 | 04/29/2013 12:22:04 AM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Comcast Cable | Illinois | Cicero |
| 43 | 98.253.174.211 | 2D5452323737302D76376A6B3872366478366B71 | Transmission 2.77 | 04/29/2013 12:00:35 AM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Comcast Cable | Illinois | Schaumburg |
| 44 | 24.12.190.243 | 2D415A343930302D42666271584C4F577535766C | Vuze 4.9.0.0 | 04/28/2013 12:51:05 PM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Comcast Cable | Illinois | Evanston |
| 45 | 71.201.68.50 | 2D415A343831322D4B626F61644F396769474677 | Vuze 4.8.1.2 | 04/28/2013 06:19:22 AM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Comcast Cable | Illinois | Chicago |
| 46 | 76.29.16.46 | 2D5452323231302D63773974373831673530630D33 | Transmission 2.21 | 04/28/2013 04:13:07 AM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Comcast Cable | Illinois | Niles |
| 47 | 76.29.73.180 | 4D372D362D312D2DC06AB75942 4ECAE5133C4ED7 | BitTorrent 7.6.1 | 04/28/2013 02:34:01 AM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Comcast Cable | Illinois | Cicero |
| 48 | 67.184.96.55 | 2D5554333133302DF069126C5DEAEF39FBD694E1 | µTorrent 3.1.3 | 04/28/2013 01:42:25 AM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Comcast Cable | Illinois | Bloomingdale |
| 49 | 69.47.244.250 | 4D372D342D312D2DF472778D2EF5D967F9C79101 | BitTorrent 7.4.1 | 04/28/2013 01:14:33 AM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | WideOpenWest | Illinois | Chicago |
| 50 | 67.174.87.51 | 2D5554333330302D6873DA2E76345B8D30588BFC | µTorrent 3.3.0 | 04/28/2013 01:04:32 AM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Comcast Cable | Illinois | Oswego |
| 51 | 98.222.41.10 | 2D5452323733302D7432787431347038723897867 | Transmission 2.73 | 04/27/2013 06:55:31 PM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Comcast Cable | Illinois | Chicago |
| 52 | 24.14.163.74 | 2D5554333330302D68873025A1694590867EC0F4F | µTorrent 3.3.0 | 04/27/2013 03:32:32 PM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Comcast Cable | Illinois | Oak Park |
| 53 | 76.29.73.251 | 2D415A343930302D664F4A57736F5A725551724B | Vuze 4.9.0.0 | 04/27/2013 01:20:54 AM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Comcast Cable | Illinois | Cicero |
| 54 | 76.16.254.251 | 2D535A323630302D3030267A7038F5E290A6C85D | Shareaza 2.6.0.0 | 04/26/2013 11:51:18 PM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Comcast Cable | Illinois | Chicago |
| 55 | 68.58.4.112 | 2D5554333330302D6873616 87C4619ED6B0D2550 | µTorrent 3.3.0 | 04/26/2013 09:55:00 PM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Comcast Cable | Illinois | Chicago |
| 56 | 50.158.24.106 | 2D5554333330302D16737D7B1EF61FE4965799D7 | µTorrent 3.3.0 | 04/26/2013 07:48:53 PM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Comcast Cable | Illinois | Cicero |
| 57 | 50.194.107.182 | 2D5554333330302D6873F34B55F29A244EAFBEC7 | µTorrent 3.3.0 | 04/26/2013 07:09:00 PM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Comcast Cable | Illinois | Bolingbrook |
| 58 | 71.194.208.169 | 2D415A343831322D5230314975706E E794A6C7944 | Vuze 4.8.1.2 | 04/26/2013 03:59:09 PM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Comcast Cable | Illinois | Grayslake |
| 59 | 71.201.208.200 | 2D5554333131422D3268CC8C508031685CCB5850 | µTorrent 3.1.1 (Beta) | 04/26/2013 01:00:19 PM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Comcast Cable | Illinois | Chicago |
| 60 | 98.227.195.192 | 2D5554333330302D6873E33EC2D67170C4480E3B2 | µTorrent 3.3.0 | 04/26/2013 12:18:47 PM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Comcast Cable | Illinois | Chicago |
| 61 | 67.162.110.201 | 2D5554333330302D6873B4CA5F9413527EDB3104 | µTorrent 3.3.0 | 04/26/2013 09:34:21 AM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Comcast Cable | Illinois | Crystal Lake |
| 62 | 98.253.125.9 | 2D5554333330302D68734AFC5BEE305A9EFEFBB5 | µTorrent 3.3.0 | 04/26/2013 07:10:38 AM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Comcast Cable | Illinois | Chicago |
| 63 | 76.16.19.161 | 2D5554333330302D68734EBD9E6F1860D0CF79C | µTorrent 3.3.0 | 04/26/2013 06:29:59 AM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Comcast Cable | Illinois | Plainfield |
| 64 | 50.151.133.71 | 2D5452323737302D387A6D6F3062313133617679 | Transmission 2.77 | 04/26/2013 03:18:28 AM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Comcast Cable | Illinois | Rockford |
| 65 | 67.173.110.140 | 4D372D372D302D2D536D1CF02167498E0285BB91 | BitTorrent 7.7.0 | 04/26/2013 02:24:26 AM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Comcast Cable | Illinois | Bloomingdale |
| 66 | 67.184.114.186 | 4D372D382D302D2D69733D8D9A9B575419AD8EAF | BitTorrent 7.8.0 | 04/26/2013 02:19:23 AM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Comcast Cable | Illinois | Chicago |
| 67 | 67.186.110.55 | 2D415A343930302D3149375879786E4C6D48634F | Vuze 4.9.0.0 | 04/26/2013 01:30:14 AM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Comcast Cable | Illinois | Chicago |
| 68 | 68.57.247.15 | 2D5554333233302D21708998DC6157ED47D98CB7 | µTorrent 3.2.3 | 04/26/2013 12:23:40 AM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Comcast Cable | Illinois | Streamwood |
| 69 | 24.12.97.193 | 2D415A343831322D4259754E4934377A5352504D | Vuze 4.8.1.2 | 04/26/2013 12:18:36 AM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Comcast Cable | Illinois | Chicago |
| 70 | 24.13.70.147 | 2D415A343930302D48463471556137696D0 4A4869 | Vuze 4.9.0.0 | 04/25/2013 11:23:19 PM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Comcast Cable | Illinois | Park Ridge |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 71 | 98.226.152.44 | 2D4243303133322DD483B6CA35F2ECD92FCA550A | BitComet 1.32 | 04/25/2013 09:52:30 PM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Comcast Cable | Illinois | Wood Dale |
| 72 | 98.213.178.36 | 2D4243303133342DC313CAA24F1EE1F5CE7794E7 | BitComet 1.34 | 04/25/2013 09:35:41 PM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Comcast Cable | Illinois | Chicago |
| 73 | 98.227.147.149 | 2D415A343530342D6F39723567346330 6A70524F | Vuze 4.5.0.4 | 04/25/2013 08:13:59 PM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Comcast Cable | Illinois | Carpentersville |
| 74 | 67.176.218.99 | 2D415A343930302D6762686E64726C4E6E637A35 | Vuze 4.9.0.0 | 04/25/2013 02:52:09 AM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Comcast Cable | Illinois | Berwyn |
| 75 | 98.213.125.91 | 2D415A343831322D35614D733554314D65706355 | Vuze 4.8.1.2 | 04/25/2013 12:15:15 AM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Comcast Cable | Illinois | Belvidere |
| 76 | 24.14.95.204 | 2D545232373730 2D77673170356A386F6C76646C | Transmission 2.77 | 04/24/2013 09:17:09 PM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Comcast Cable | Illinois | Harwood Heights |
| 77 | 71.201.11.135 | 2D415A343930302D3147684E326E75704F503534 | Vuze 4.9.0.0 | 04/24/2013 06:05:10 PM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Comcast Cable | Illinois | Libertyville |
| 78 | 76.29.79.66 | 2D415A343530342D6866777757744 6796AA55976 | Vuze 4.5.0.4 | 04/24/2013 05:49:20 PM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Comcast Cable | Illinois | Cicero |
| 79 | 76.16.203.57 | 2D554D313635302DE86B9939A655E4679447D1B7 | µTorrent Mac 1.6.5 | 04/24/2013 05:26:46 PM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Comcast Cable | Illinois | Joliet |
| 80 | 98.212.27.96 | 2D5554333330302D5D7393AF3E79C4B092AC42C5 | µTorrent 3.3.0 | 04/24/2013 04:08:53 PM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Comcast Cable | Illinois | Rockford |
| 81 | 98.212.37.49 | 2D5554333233302D2170FA30C3262DB7CF46A854 | µTorrent 3.2.3 | 04/24/2013 01:59:15 PM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Comcast Cable | Illinois | Rockford |
| 82 | 71.194.135.153 | 2D415A343930302D397068576F664E3178654869 | Vuze 4.9.0.0 | 04/24/2013 12:17:29 PM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Comcast Cable | Illinois | Chicago |
| 83 | 24.15.223.1 | 2D5554333330302D68734B980399DB479720232D | µTorrent 3.3.0 | 04/24/2013 06:39:43 AM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Comcast Cable | Illinois | Chicago |
| 84 | 24.13.57.213 | 2D5554333233302D2170EB84DA35FD91C2A4DACE | µTorrent 3.2.3 | 04/24/2013 05:04:58 AM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Comcast Cable | Illinois | Chicago |
| 85 | 98.223.145.89 | 2D554D313834302D0673D13487B3CF3E3AF99D85 | µTorrent Mac 1.8.4 | 04/24/2013 04:19:00 AM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Comcast Cable | Illinois | Chicago |
| 86 | 50.151.123.214 | 2D4243303133342D9D7EEA29D7BCAEA648F2B3E5 | BitComet 1.34 | 04/24/2013 03:47:44 AM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Comcast Cable | Illinois | Chicago |
| 87 | 50.148.41.3 | 4D372D362D312D2D486A8A2EE260C3E9BF85DC3B | BitTorrent 7.6.1 | 04/24/2013 03:36:37 AM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Comcast Cable | Illinois | Machesney Park |
| 88 | 71.194.34.222 | 2D5554333232302D36FFF6362C8CF433EBFA346 | µTorrent 3.2.2 | 04/24/2013 03:34:23 AM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Comcast Cable | Illinois | Naperville |
| 89 | 98.228.1.229 | 2D415A343930302D357164744951414A73443179 | Vuze 4.9.0.0 | 04/24/2013 03:33:41 AM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Comcast Cable | Illinois | Country Club Hills |
| 90 | 67.176.253.64 | 2D554D313834302D0673523C8BDC6D94748CE628 | µTorrent Mac 1.8.4 | 04/24/2013 02:56:05 AM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Comcast Cable | Illinois | Aurora |
| 91 | 64.53.151.4 | 2D4D52353030302D58673732057714A616B7377 | Miro 5.0.0.0 | 04/24/2013 01:09:28 AM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | WideOpenWest | Illinois | Chicago |
| 92 | 24.13.57.14 | 2D5554333233302D2170AA739910440B5FCA42C8 | µTorrent 3.2.3 | 04/23/2013 11:12:09 PM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Comcast Cable | Illinois | Chicago |
| 93 | 76.16.144.183 | 2D4243303133342D85E988F68A74A1BE706DAA09 | BitComet 1.34 | 04/23/2013 10:55:54 PM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Comcast Cable | Illinois | Orland Park |
| 94 | 24.1.9.132 | 2D4445323030302D34434F29546A435A3164704D | Deluge 2.0.0.0 | 04/23/2013 07:30:14 PM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Comcast Cable | Illinois | Hinsdale |
| 95 | 98.213.249.133 | 4D372D382D302D2D6973DF4A1E214D6E05C37086 | BitTorrent 7.8.0 | 04/23/2013 05:14:32 PM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Comcast Cable | Illinois | Rockford |
| 96 | 71.201.19.207 | 2D5554333231302DB66DBBE6DDDD1A329ECEC4F8 | µTorrent 3.2.1 | 04/23/2013 04:36:00 PM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Comcast Cable | Illinois | Downers Grove |
| 97 | 69.245.204.243 | 2D545232373730 2D7361673634696A6979697665 | Transmission 2.77 | 04/23/2013 01:45:39 PM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Comcast Cable | Illinois | Chicago |
| 98 | 24.15.140.239 | 2D4445313335302D6E515F53322D4D41745A287A | Deluge 1.3.5.0 | 04/23/2013 12:14:59 PM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Comcast Cable | Illinois | Bolingbrook |
| 99 | 71.57.95.154 | 2D545232373730 2D70733161676B303073736C33 | Transmission 2.77 | 04/23/2013 12:02:45 PM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Comcast Cable | Illinois | Evanston |
| 100 | 71.57.30.30 | 2D4243303133312D1CCF9BFC3F325A4EDCE4E602 | BitComet 1.31 | 04/23/2013 10:34:39 AM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Comcast Cable | Illinois | Chicago |
| 101 | 24.240.66.223 | 2D5554333230302D076 8EEC3634EAAD27324FFECD | µTorrent 3.2.0 | 04/23/2013 10:31:38 AM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Charter Communications | Illinois | Roscoe |
| 102 | 50.151.199.234 | 2D5554333130302D2F68623A03607EEBCCE2461A | µTorrent 3.1.0 | 04/23/2013 07:23:18 AM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Comcast Cable | Illinois | Chicago |
| 103 | 71.201.56.135 | 2D554D313834302D067371D2574FBDC72F1B7A67 | µTorrent Mac 1.8.4 | 04/23/2013 02:12:52 AM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Comcast Cable | Illinois | Zion |
| 104 | 98.213.150.15 | 2D415A343831322D6C644E75673969395 2656172 | Vuze 4.8.1.2 | 04/23/2013 01:37:19 AM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Comcast Cable | Illinois | Rockford |
| 105 | 71.201.202.61 | 2D5554333330302D687356B9F2689D02375BF053 | µTorrent 3.3.0 | 04/23/2013 01:26:53 AM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Comcast Cable | Illinois | Berwyn |

| 106 | 64.53.161.109 | 2D5554333330302D687330C11CB2F621CC20EE71 | µTorrent 3.3.0 | 04/23/2013 01:15:51 AM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | WideOpenWest | Illinois | Calumet City |
| 107 | 67.167.244.50 | 4D372D342D302D2D35725C47FA1724852F8AB823 | BitTorrent 7.4.0 | 04/23/2013 01:02:21 AM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Comcast Cable | Illinois | Glen Ellyn |
| 108 | 67.173.140.14 | 2D5452323531302D7336316C38686E3076746133 | Transmission 2.51 | 04/23/2013 12:30:24 AM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Comcast Cable | Illinois | Elk Grove Village |
| 109 | 67.173.57.65 | 2D5554323231302D2A62515DF2CF20265FF0AA9C | µTorrent 2.2.1 | 04/23/2013 12:11:46 AM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Comcast Cable | Illinois | Sterling |
| 110 | 50.140.185.206 | 2D5554333030302D7463CE112302022989730938 | µTorrent 3.0.0 | 04/23/2013 12:01:47 AM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Comcast Cable | Illinois | Crystal Lake |
| 111 | 98.228.74.101 | 2D5554333330302D6873E7386318E4657EEFE780 | µTorrent 3.3.0 | 04/22/2013 11:53:25 PM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Comcast Cable | Illinois | Chicago |
| 112 | 67.184.143.182 | 2D5554333233302D217040A371BD994CA4AF1ADD | µTorrent 3.2.3 | 04/22/2013 11:44:23 PM | The Company You Keep (2012) | SHA1: 401FD6FEA9AB68CB84EBF5F30359530558A688D1 | Comcast Cable | Illinois | Aurora |