## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                         Case Number:

TCYK, LLC

v.

DOES 1-112

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

TCYK, LLC

| | |
|---|---|
| **NAME (Type or print)**<br>Michael A. Hierl | |
| **SIGNATURE (Use electronic signature if the appearance form is filed electronically)**<br>s/ Michael A. Hierl | |
| **FIRM**<br>Hughes Socol Piers Resnick & Dym, Ltd. | |
| **STREET ADDRESS**<br>Three First National Plaza, 70 W. Madison Street, Suite 4000 | |
| **CITY/STATE/ZIP**<br>Chicago, IL 60602 | |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>3128021 | TELEPHONE NUMBER<br>312-580-0100 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐