August 1, 2013

**FILED**
AUG - 2 2013
AUG 2 2013
THOMAS G BRUTON
CLERK, U S DISTRICT COURT

United States District Court for the Northern District of Illinois

219 S. Dearborn St.

Chicago, IL 60624

IN THE <u>United States</u> COURT for the <u>Northern District of</u>

STATE OF <u>Illinois</u>

TCYK,LLC IN THE <u>United States District Court for the Northern</u>

STATE OF <u>ILLINOIS</u>

| <u>TCYK,LLC</u> | PLAINTIFF: TCYK,LLC |
|---|---|
| *(Name of Plaintiff)* | |
| VS. | CAUSE NO. 1:13-cv-03833 |
| <u>DOES 1 - 112</u> | DEFENDANT: DOES 1 - 112 |
| *(Name of Defendant)* | |

**Motion to Vacate Judgment, Quash Subpoena Duces Tecum, Dismiss Writ of Garnishment, and for Leave to an Answer to Complaint**

Comes now <u>DOES 1-112</u> *(98.227.164.4)*, Defendant, in the above-captioned cause, who moves the Court for an order vacating the Judgment of this Court entered on <u>June 20, 2013</u>, quashing the Subpoena Duces Tecum entitled Post Judgment Subpoena for Production of documents to Non-Party served on <u>DOE#. 98.227.164.4</u> *(name)*, dismiss the Writ of Garnishment served on Defendant's Employer, <u>N/A</u> *(Name of Employer)* on <u>N/A</u> *(date)* and for leave to answer the original Complaint of Plaintiff filed in the matter on <u>June 20, 2013</u> *(date)*. The Motion is made on the following grounds: SEE ATTACHED LETTER.

August 1, 2013

United States District Court for the Northern District of Illinois

219 S. Dearborn St.

Chicago, IL 60604

TCYK, LLC v. Does 1-112

Docket No.: 1:13-cv-03833

Comcast File #: 489543

To the Court:

The service I used for downloading music and another service for downloading videos, I pay a fee through my credit card, for both services.

I have never heard of or seen anything on the internet which doesn't require a credit card to download any music or videos.

I, Doe 98.227.164.4 have NO knowledge of any illegal downloads referred to in this summon.

Sincerely,

*Doe 98 227 164.4*

Doe #: 98.227.164.4

1.	The Complaint in the above-entitled and numbered cause was filed and a summons issued by the Clerk of this Court on __June 20, 2013__ *(date)*.

2.	Service of process was made on Defendant on __7/22/2013__ *(date)*.

3.	Defendant delivered his copy of the Summons and Complaint to _____N/A_____ *(Name of Debt Settlement Company)*, hereinafter called Company, on _____ *(date)*.

4.	Said Company were in negotiations with Plaintiff on a settlement when Plaintiff turned the account over to an attorney _____N/A_____ *(Name of Attorney)*, who almost immediately file the subject Complaint. On advice from the Company, Plaintiff did not answer since the Company advised Plaintiff that the Company and Plaintiff were in settlement negotiations. Trusting the Company, Plaintiff did not file an Answer.

5.	Failure to file an Answer resulted in a default Judgment being entered against Defendant on _____N/A_____ *(date)*.

6.	Failure to file an Answer also resulted in a Subpoena Duces Tecum, entitled Post Judgment Subpoena for Production of documents to Non-Party, being served on N/A_____ *(name)* on _____ *(date)*.

7.	Failure to file an Answer resulted in a Writ of Garnishment being served on Plaintiff's employer on _____N/A_____ *(date)*.

8.	Defendant's failure to answer or otherwise appear in said Cause was the result of mistake, inadvertence, and excusable neglect. N/A

9.	Defendant has a meritorious defense to Plaintiff's Complaint, as shown by the attached Answer and by the attached Affidavit of __DOE, 98.227.164.4_____ *(name of affiant)*.

### Certificate of Service

This is to certify that I, DOE#. 98.227.164.4, have this date served a true and correct copy of the above and foregoing Motion by U.S. Mail, postage fully prepaid, to the following counsel of record for the Plaintiff:

COMCAST

(Name of Attorney)

Via fax (866) 947- 5587

(Post Office Box No. or Street Address)

_____

(City, State, Zip Code)

This the 1 day of August, 2013.

Respectfully submitted,

By: Doe #98

(Printed Name of Defendant)

Doe #98 227 164.4

(Signature of Defendant)

Doe #98 227 164.4

## Certificate of Service

This is to certify that I, <u>DOE#. 98.227.164.4</u>, have this date served a true and correct copy of the above and foregoing Motion by U.S. Mail, postage fully prepaid, to the following counsel of record for the Plaintiff:

<u>    COMCAST    </u>

*(Name of Attorney)*

<u>Via fax (866) 947- 5587    </u>

*(Post Office Box No. or Street Address)*

<u>        </u>

*(City, State, Zip Code)*

This the _1_ day of _August_, 20_13_.

Respectfully submitted,

By: _Doe #98_

*(Printed Name of Defendant)*

_Doe# 98.227.164.4_

*(Signature of Defendant)*

_Doe# 98.227.164.4_

Wherefore, Defendant moves the Court for an Order setting aside the any entry of default, and the default Judgment in the above-entitled and numbered cause, and allowing Defendant's Answer, attached to this Motion, to be filed.

Defendant further moves that this Court quash the Subpoena Duces Tecum (entitled Post Judgment Subpoena for Production of documents to Non-Party), and dismiss the Writ of Garnishment served on Defendant's Employer.

Respectfully submitted,

By: __DOE#, 98.227.164.4__

*(Printed Name of Defendant)*

*Doe #98227164.4*

*(Signature of Defendant)*

*Doe #9822716.4*