**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **TCYK, LLC,** ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **DOES 1-112,** ) <br> ) <br> Defendants. ) <br> ) | Case No. 13-cv-3833 <br><br> Judge Honorable Robert W. Gettleman. |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE THAT, on August 27, 2013, at 9:15 a.m., or as soon thereafter as counsel may be heard, counsel for Defendant Doe #23, will appear before the Honorable Robert W. Gettleman in the courtroom usually occupied by him, Room 1703 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and present the attached Motion to Quash Subpoena of Doe #23.

Respectfully Submitted,

Dated: August 21, 2013

DOE #23

By:  s/Gregory A. McConnell
 One of Its Attorneys

Gregory A. McConnell
Winston & Strawn LLP
35 West Wacker Drive
Chicago, IL 60601-9703
(312) 558-5600
GMcConnell@winston.com
*Attorney for Defendant Doe #23*

**CERTIFICATE OF SERVICE**

     I, Gregory A. McConnell, an attorney, hereby certify that I have this day caused the foregoing to be filed via CM/ECF with the Clerk of the Court, thereby electronically serving it on all counsel of record in this matter.

Date: August 21, 2013

    /s/ Gregory A. McConnell

WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
GMcConnell@winston.com
(312) 558-5600
*Counsel for Doe #23*