# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

TCYK, LLC

                      Plaintiff,

v.                                              Case No.: 1:13−cv−03833
                                               Honorable Robert W. Gettleman

DOES 1–112, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 28, 2013:

      MINUTE entry before Honorable Robert W. Gettleman: Motion of John Doe 52 to quash [23] is withdrawn. Motion of John Doe 23 to quash [26] is withdrawn. Mailed notice (gds)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.