**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TCYK, LLC, ) | |
| *Plaintiff,* ) | |
| ) | Case No. 13 C 3833 |
| v. ) | |
| ) | Honorable Robert W. Gettleman |
| DOES 1-112, ) | |
| *Defendants.* ) | |

## NOTICE OF MOTION

      Please take notice that on September 26, 2013, at 9:15a.m., or as soon thereafter as counsel may be heard, counsel for Defendant Doe #45 will appear before the Honorable Robert W. Gettleman in the courtroom usually occupied by him, Room 1703 of the Dirkson Federal Building, 219 S. Dearborn Street, Chicago, Illinois, and present the attached Motion to Quash Subpoena of Doe #45.

Dated: August 29, 2013

                                  Respectfully submitted,

                                  DOE #45

                       By:    s/ Wayne S. Shapiro
                                 Wayne S. Shapiro, His/Her Attorney

WAYNE S. SHAPIRO, P.C.
Attorney for DOE #45
111 W. Washington Street
Suite 1028
Chicago, IL 60602
312/704-8400

## CERTIFICATE OF SERVICE

I, Wayne S. Shapiro, an attorney, hereby certify that I have this day caused the foregoing to be filed via CM/ECF with the Clerk of Court, thereby electronically serving it on all counsel of record in this matter.

Date: August 29, 2013

                         s/ Wayne S. Shapiro

                         WAYNE S. SHAPIRO, P.C.
                         Attorney for DOE #45
                         111 W. Washington Street
                         Suite 1028
                         Chicago, IL 60602
                         312/704-8400