# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 5.1.1
### Eastern Division

TCYK, LLC

                               Plaintiff,

v.                                                         Case No.: 1:13−cv−03833
                                                        Honorable Robert W. Gettleman

DOES 1−112, et al.

                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 26, 2013:

      MINUTE entry before Honorable Robert W. Gettleman: Motions to quash [11][13][35] are stricken for failure to notice. Motion hearing held on 9/26/2013 regarding motion to quash [20]. Response is due by 10/10/2013. Reply is due by 10/24/2013. Status hearing is set for 11/19/2013 at 9:00 a.m. Mailed notice (gds)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.