IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TYCK, LLC, | ) |
| | ) Case No.: 13-cv-3833 |
| Plaintiff, | ) |
| | ) Judge Robert W. Gettleman |
| v. | ) |
| | ) Magistrate Judge Susan E. Cox |
| DOES 1-112 | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DOE DEFENDANTS

Plaintiff, TCYK, LLC, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses with prejudice all causes of action in the complaint against the Doe Defendants associated with Internet Protocol addresses 24.14.163.74 (Doe No. 52); 68.60.236.31 (Doe No. 33); 24.14.156.152 (Doe No. 36); 71.201.68.50 (Doe No. 45) and 71.201.61.192 (Doe No. 20). Plaintiff is not dismissing any other Doe Defendants at this time.

The respective Doe Defendants have not filed an answer to the complaint or a motion for summary judgment in this matter. Therefore, it is respectfully submitted that dismissal under Rule 41(a)(1) is appropriate.

Respectfully submitted,

Dated: October 23, 2013            TCYK, LLC

By:   s/Michael A. Hierl
      Michael A. Hierl (Bar No. 3128021)
      Todd S. Parkhurst (Bar No. 2145456)
      Hughes Socol Piers Resnick & Dym, Ltd.
      Three First National Plaza
      70 W. Madison Street, Suite 4000
      Chicago, Illinois 60602
      (312) 580-0100 Telephone
      (312) 580-1994 Facsimile
      mhierl@hsplegal.com
      Attorneys for Plaintiff
      TCYK, LLC

## CERTIFICATE OF SERVICE

  The undersigned attorney hereby certifies that a true and correct copy of the foregoing Notice of Voluntary Dismissal of Certain Doe Defendants was filed electronically with the Clerk of the Court and served on all counsel of record and interested parties via the CM/ECF system on October 23, 2013.

                s/Michael A. Hierl