# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

TCYK, LLC

                          Plaintiff,

v.                                                     Case No.: 1:13−cv−03833
                                                    Honorable Robert W. Gettleman

DOES 1−112, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 18, 2014:

      MINUTE entry before the Honorable Robert W. Gettleman: Status hearing held on 3/18/2014. This case is voluntarily dismissed without prejudice as to all remaining Doe defendants. Civil case terminated. Mailed notice (gds)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.